**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-6197**

———————

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

RAYMOND EDWARD CHESTNUT, a/k/a Snoop, a/k/a Ray,

             Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.  R. Bryan Harwell, District Judge.
(4:05-cr-01044-RBH-1)

———————

Submitted:  July 18, 2013          Decided:  July 22, 2013

———————

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Raymond Edward Chestnut, Appellant Pro Se.  Robert Frank Daley,
Jr., Assistant United States Attorney, Columbia, South Carolina;
Arthur Bradley Parham, Assistant United States Attorney,
Florence, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Edward Chestnut appeals the district court's order denying relief on his motion for reduction in sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm. Chestnut's motions to seal and for appointment of counsel are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>